**FAU**

## OFFICE OF THE PRESIDENT
Florida Atlantic University

May 30, 2008

James Tracy
Florida Atlantic University
Dorothy F. Schmidt College of Arts & Letters
777 Glades Road
Boca Raton, FL 33431

Dear James:

The awarding of tenure is a serious consideration having long term effects upon an institution. The process is designed to assure that individuals receiving tenure meet or exceed university standards and can be expected to be productive teachers and scholars.

It is my great pleasure to inform you that you have been awarded tenure. At the May 28, 2008 meeting of the Florida Atlantic University Board of Trustees I certified that we had followed the procedures of University Regulation 5.006 (Tenure Procedures) and that you were being awarded tenure.

Congratulations and best wishes.

Sincerely,

Frank T. Brogan
President

FTB/af

cc:     John F. Pritchett, University Provost
        Manju Pendakur, Dean, Dorothy F. Schmidt College of Arts & Letters
        Susan Reilly, Chair, Communication & Multimedia Studies
        Personnel Services
        File

777 Glades Road, P.O. Box 3091, Boca Raton, FL 33431-0991  •  tel: 561.297.3450  •  fax: 561.297.2777

Boca Raton  •  Dania Beach  •  Davie  •  Fort Lauderdale  •  Jupiter  •  Treasure Coast
*An Equal Opportunity/Equal Access Institution*