UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:16-cv-80655-RLR

**JAMES TRACY,**

**Plaintiff,**

    v.                                                     Case No. 9:16-cv-80655-RLR

**FLORIDA ATLANTIC UNIVERSITY
BOARD OF TRUSTEES, a/k/a FLORIDA
ATLANTIC UNIVESRITY, et al.,**

**Defendants.**

_____/

### UNION DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM

The Defendants, FLORIDA EDUCATION ASSOCIATION (FEA), UNITED FACULTY OF FLORIDA (UFF), ROBERT ZOELLER, JR., and MICHAEL MOATS, hereinafter referred to collectively as "the Union Defendants," move the Court, pursuant to Rules 12(b)(1) and 12(b)(6), to dismiss the complaint herein for lack of subject matter jurisdiction and failure to state a claim for which relief may be granted, as the complaint shows on its face that the claims asserted against the Union Defendants are subject to the exclusive jurisdiction of the Florida Public Employees Relations Commission (PERC), and fail to assert a cognizable claim under 42 U.S.C. § 1983, as the Union Defendants are not "state actors" so as to subject them to liability in this Court. The grounds for this motion are more fully set forth in the attached and incorporated memorandum of law.

.

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 27, 2016, I filed this document with the Clerk of the Court by using the CM/ECF system, which will send notice to Louis Leo, IV, Esquire (Louis@floridacivilrights.org), Joel Medgebow, Esquire (joel@medgebowlaw.com, Florida Civil Rights Coalition, P.L.L.C. & Medgebow Law, P.A., 4171 W. Hillsboro Boulevard, Suite 9, Coconut Creek, Florida 33073; and to G. Joseph Curley, Esquire (gcurley@gunster.com), Gunster, Yoakley & Stewart, P.A., 777 F. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401.

   /s/  Robert F. McKee
ROBERT F. McKEE
Florida Bar Number 295132
yborlaw@gmail.com
CHRISTOPHER T. BORZELL
Florida Bar Number 68277
cborzell@gmail.com
ROBERT F. McKEE, P.A.

MELISSA C. MIHOK
Florida Bar Number 555851
melissa@melissacmihokpa.com
MELISSA C. MIHOK, P.A.

1718 E. 7th Ave., Suite 301
Tampa, FL 33605
(813) 248-6400
(813) 248-4020 (Fax)
Secondary Email: bdjarnagin@gmail.com