UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-80655-ROSENBERG/HOPKINS

JAMES TRACY,

    Plaintiff,

v.

FLORIDA ATLANTIC UNIVERSITY BOARD
OF TRUSTEES a/k/a FLORIDA ATLANTIC
UNIVERSITY; et al.,

    Defendants.
_____/

**NOTICE OF PARTIES' RESOLUTION OF FAU DEFENDANTS'
MOTION TO STRIKE PLAINTIFF'S INITIAL DISCLOSURES AND
MOTION TO COMPEL SUFFICIENT DISCLOSURES [DE 55]**

Defendants, FLORIDA ATLANTIC UNIVERSITY BOARD OF TRUSTEES a/k/a FLORIDA ATLANTIC UNIVERSITY; ANTHONY BARBAR, Chairman of the Board of Trustees of Florida Atlantic University; DANIEL CANE, Vice Chairman of the Board of Trustees of Florida Atlantic University; CHRISTOPHER BEETLE, Trustee of Florida Atlantic University; MICHAEL DENNIS, Trustee of Florida Atlantic University; KATHRYN EDMUNDS, Trustee of Florida Atlantic University; JEFFREY FEINGOLD, Trustee of Florida Atlantic University; MARY MCDONALD, Trustee of Florida Atlantic University; ABDOL MOABERY, Trustee of Florida Atlantic University; ROBERT RUBIN, Trustee of Florida Atlantic University; ROBERT STILLEY, Trustee of Florida Atlantic University; PAUL TANNER, Trustee of Florida Atlantic University; JULIUS "BUTCH" TESKE, Trustee of Florida Atlantic University; THOMAS WORKMAN, JR., Trustee of Florida Atlantic University; JOHN W. KELLY, President of Florida Atlantic University; GARY PERRY, Provost of Florida Atlantic University; HEATHER COLTMAN, Dean of Florida Atlantic University; DIANE

ALPERIN, Associate Provost of Florida Atlantic University ("FAU Defendants"), pursuant to the Court's Standing Discovery Order for Magistrate Judge James M. Hopkins [DE 28], hereby provide notice of the resolution of discovery dispute and in support state as follows:

1. On June 28, 2016, the FAU Defendants filed a Motion to Strike Plaintiff's Initial Disclosures and Motion to Compel Sufficient Disclosures [DE 55].

2. On June 29, 2016, the Court set a hearing on FAU Defendants' Motion to Strike for July 7, 2016 at 11:00 a.m. [DE 56].

3. On July 5, 2016, Plaintiff responded to FAU's Motion to Strike and simultaneously filed his Amended Initial Disclosures [DE 58].

4. In a continued good-faith effort and in accordance with Local Rule 7.1 the FAU Defendants and the Plaintiff were able to resolve the issues raised in the Motion to Strike without the need for further intervention by this Court.

5. Accordingly, there is no longer a need for the hearing as scheduled by the Court, which was set for July 7, 2016 at 11:00 am and the Parties respectfully request the hearing be canceled.

/s/ Keith E. Sonderling
G. Joseph Curley
Florida Bar No. 571873
Email:  gcurley@gunster.com
Keith E. Sonderling
Florida Bar No. 57386
Email:  ksonderling@gunster.com
Holly L. Griffin, Esq.
Florida Bar No. 93213
Email:  hgriffin@gunster.com
Gunster, Yoakley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone:  561-655-1980
Facsimile:  561-655-5677
*Attorneys for FAU Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

                                              */s/ Keith E. Sonderling*
                                              Keith E. Sonderling

## SERVICE LIST

**Tracy v. Florida Atlantic University Board of Trustees,** *et al.*
**Case No. 16-cv-80655-ROSENBERG/HOPKINS**

Louis Leo IV, Esq.
Email: louis@floridacivilrights.org
Florida Civil Rights Coalition, P.L.L.C.
4171 W. Hillsboro Blvd., Suite 9
Coconut Creek, FL 33073
Telephone:  954-478-4226
Facsimile:  954-239-7771
*Attorney for Plaintiff, James Tracy*

Robert F. McKee, Esq.
Email: yborlaw@gmail.com
Christopher T. Borzell, Esq.
Email: cborzell@gmail.com
Melissa C. Mihok, Esq.
Email: melissa@melissacmihokpa.com
1718 E. 7th Avenue, Suite 301
Tampa, FL 33605
Telephone:  813-248-6400
Facsimile:  813-248-4020
*Attorney for Florida Education Association, United Faculty of Florida, Robert Zoeller, Jr., and Michael Moats*

Joel Medgebow, Esq.
Email: joel@medgebowlaw.com
Medgebow Law, P.A.
4171 W. Hillsboro Blvd., Suite 9
Coconut Creek, FL 33073
Telephone:  954-478-4226
Facsimile:  954-239-7771
*Attorney for Plaintiff, James Tracy*

G. Joseph Curley, Esq.
Florida Bar No. 571873
Email: gcurley@gunster.com
Keith E. Sonderling, Esq.
Florida Bar No. 57386
Email: ksonderling@gunste.com
Holly L. Griffin, Esq.
Florida Bar No. 93213
Email: hgriffin@gunster.com
Gunster, Yoakley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone:  561-655-1980
Facsimile:  561-655-5677
*Attorneys for FAU Defendants*

WPB_ACTIVE 7236836.1