UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

JAMES TRACY,  )
            )
    Plaintiff,  )
            )  Case No. 9:16-cv-80655-RLR-JMH
    v.       )
            )
FLORIDA ATLANTIC UNIVERSITY  )  **RESPONSE IN OPPOSITION TO**
BOARD OF TRUSTEES, a/k/a FLORIDA  )  **DEFENDANTS' MOTION FOR**
ATLANTIC UNIVERSITY, et al.  )  **EXTENSION OF TIME TO RESPOND**
            )  **TO SECOND AMENDED COMPLAINT**
            )
    Defendants.  )

COMES NOW, Plaintiff JAMES TRACY, files this Response in Opposition to the Motion for Extension of Time to file a joint response to Plaintiff's Second Amended Complaint (hereinafter the "Motion") [DE 94] filed by Defendants Florida Atlantic University Board of Trustees, a/k/a Florida Atlantic University, John Kelly, Diane Alperin, Heather Coltman, Florida Education Association, United Faculty of Florida, Michael Moats, and Robert Zoeller, Jr., and states as follows:

1. Plaintiff's Second Amended Complaint reduced the number of Counts in the original Complaint from ten (10) to six (6) and removed two (2) Defendants. No new Counts have been added.

2. Plaintiff's Second Amended Complaint contains no new issues of law. The inclusion of additional details, as order by this Court, does not substantively change Plaintiff's claims against the Defendants.

3. The Defendants, who have at least six (6) attorneys representing them, have already fully briefed all issues presented in the Second Amended Complaint, through two (2) previously filed Motions to Dismiss, in addition to two (2) Replies to Plaintiff's response briefs.

4. Defendants have not demonstrated good cause to justify an extension of time.

5. Defendants' Motion is not made in good faith, and seeks to unnecessarily delay these proceedings and the administration of justice.

6. Plaintiff will be unduly prejudiced by the extension of time. As a result of the Defendants' unlawful conduct, Plaintiff has been deprived his constitutionally protected tenured employment, and without pay, for one year.

WHEREFORE, Plaintiff respectfully requests that the Court deny Defendants' Motion for an Extension of Time to Respond to Plaintiff's Second Amended Complaint, and grant any and all further relief as is just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of January, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record per the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Joel Medgebow
**Joel Medgebow, Esq.**
Florida Bar No. 84483
joel@medgebowlaw.com
**Louis Leo IV, Esq.**
Florida Bar No. 83837
louis@floridacivilrights.org
Florida Civil Rights Coalition, P.L.L.C.
& Medgebow Law, P.A.
4171 W. Hillsboro Blvd. Suite 9
Coconut Creek, FL 33073
Telephone: 954-478-4223
Fax: 954-239-7771

## SERVICE LIST

Louis Leo IV, Esq. (louis@floridacivilrights.org)
Joel Medgebow, Esq. (Joel@medgebowlaw.com)
Matthew Benzion, Esq. (mab@benzionlaw.com)
Florida Civil Rights Coalition, P.L.L.C., Medgebow Law, P.A. & Benzion Law, P.A.
4171 W. Hillsboro Blvd. Suite 9
Coconut Creek, Florida 33073

*Counsel for Plaintiff*

Gerard J. Curely, Jr., Esq. (jcurley@gunster.com)
Keith E. Sonderling, Esq. (ksonderling@gunster.com)
Holly Griffin, Esq. (hgriffin@gunster.com)
Gunster, Yoakley & Stewart, P.A.
777 South Flagler Dr. Suite 500 East
West Palm Beach, FL 33401

*Counsel for FAU Defendants*

Robert F. McKee, Esq. (yborlaw@gmail.com),
Christopher Borzell, Esq. (cborzell@gmail.com)
Melissa Mihok, Esq. (melissa@melissacmihokpa.com)
Robert F. McKee, P.A. & Melissa C. Mihok, P.A.
1718 E. Seventh Ave. Ste. 301
Tampa, FL 33605

*Counsel for Florida Education Association, United Faculty of Florida, Robert Zoeller, Jr., and Michael Moats*