| | |
|---|---|
| **From:** | Griffin, Holly |
| **Sent:** | Thursday, April 13, 2017 2:51 PM |
| **To:** | 'joel@medgebowlaw.com'; Sonderling, Keith |
| **Cc:** | St. George, Cheryl; Benzion Matt; Curley, G. Joseph; yborlaw@gmail.com; Huff, Sara; katheffner@gmail.com; louis@floridacivilrights.org; louis@medgebowlaw.com |
| **Subject:** | RE: SERVICE OF COURT DOCUMENTS - 16-CV-80655 - Meet and Confer - Additional Depositions |

Louis and Joel,

As you are well aware, the standard for the attorney-client privilege extends beyond just who is "counsel of record" in a particular action. Federal courts, including those in the Southern District, readily recognize that a corporation's in-house counsel is typically protected from discovery by the attorney-client privilege, even in circumstances where some of the information sought is non-privileged.

Attorney depositions are disfavored and therefore require a higher showing of need than non-attorney depositions. The burden is on you to overcome the presumption of privilege. And in this case, it is simply not necessary for you to depose Larry Glick. You can obtain the same information from other sources who are not subject to attorney-client privilege protections. With respect to your allegations regarding Mr. Glick's participation in an alleged conspiracy, you have other sources you can depose--such as Bob Zoeller, who you are deposing on Monday.

Regards,



Holly Griffin | Attorney
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
P 561-650-0697  F 561-655-5677
gunster.com
Email me: HGriffin@gunster.com

**From:** joel@medgebowlaw.com [mailto:joel@medgebowlaw.com]
**Sent:** Thursday, April 13, 2017 2:44 PM
**To:** Griffin, Holly; Sonderling, Keith
**Cc:** St. George, Cheryl; Benzion Matt; Curley, G. Joseph; yborlaw@gmail.com; Huff, Sara; katheffner@gmail.com; louis@floridacivilrights.org; louis@medgebowlaw.com
**Subject:** RE: SERVICE OF COURT DOCUMENTS - 16-CV-80655 - Meet and Confer - Additional Depositions

Holly,

Plaintiff will not agree to forgo the deposition of Glick, and objects to your motion for protective order. We will agree to limit the scope of the deposition to only that which is not protected by any form of privilege.

As you should be well aware, not only are attorneys not exempt from the rules of discovery, discovery from them is clearly contemplated. Attorneys with discoverable facts, not protected by attorney-client privilege or work product, are not exempt from being a source for discovery by virtue of their license to practice law or their

**EXHIBIT "A"**
1

employment by a party to represent them." *United Phosphorus, Ltd. v. Midland Fumigant, Inc.*, 164 F.R.D. 245, 247 (D. Kan. 1995).

FAU Defendants have no legitimate objection to their in-house counsel testifying, provided the attorney is not litigation counsel in this case, is a material witness to an alleged conspiracy, and the information sought is relevant and non-privileged.

Please respond providing a date for the notice of deposition, in any event, so we may notice accordingly.

Thanks,

Joel Medgebow, ESQ.
MEDGEBOW LAW, P.A.
4171 W. Hillsboro Blvd. Ste 9
Coconut Creek, FL 33073
Telephone: 954-478-4223
Fax: 954-239-7771
Email: Joel@MedgebowLaw.com


NOTICE: The information contained in this email and any document attached hereto is intended only for the named recipient(s). If you are not the intended recipient, nor the employee or agent responsible for delivering this message in confidence to the intended recipient(s), you are hereby notified that you have received this transmittal in error, and any review, dissemination, distribution or copying of this transmittal or its attachments is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify me immediately by reply e-mail and then delete this message, including any attachments.


--------- Original Message ---------
Subject: RE: SERVICE OF COURT DOCUMENTS - 16-CV-80655 - Meet and Confer - Additional Depositions
From: louis@medgebowlaw.com
Date: 4/12/17 6:34 pm
To: "Griffin, Holly" <HGriffin@gunster.com>, "Sonderling, Keith" <KSonderling@gunster.com>
Cc: "St. George, Cheryl" <cstgeorge@gunster.com>, "Benzion Matt" <mab@benzionlaw.com>, "Curley, G. Joseph" <GCurley@gunster.com>, "yborlaw@gmail.com" <yborlaw@gmail.com>, "Huff, Sara" <SHuff@gunster.com>, "katheffner@gmail.com" <katheffner@gmail.com>, "joel@medgebowlaw.com" <joel@medgebowlaw.com>

Glick is not an attorney of record in this action, but he is a material witness and alleged participant to a conspiracy to deprive Plaintiff of his First Amendment right to free speech. Are you suggesting such conduct, or Glicks' communications/meetings with union officials would be protected by a form of privilege?

If so, please respond providing such privilege and case authority supporting your claim.

**Louis Leo IV, Esq.**
*Medgebow Law, P.A.*
4171 W. Hillsboro Blvd. Suite 9
Coconut Creek, Florida 33073
Telephone: 954.478.4223

Email: louis@medgebowlaw.com

NOTICE: The information contained in this message and any document attached hereto is intended only for the named recipient(s) and may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, nor the employee or agent responsible for delivering this message in confidence to the intended recipient(s), you are hereby notified that you have received this transmittal in error, and any review, dissemination, distribution or copying of this transmittal or its attachments is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify me immediately and then delete this message, including any attachments. Thank you.

--------- Original Message ---------
Subject: RE: SERVICE OF COURT DOCUMENTS - 16-CV-80655 - Meet and Confer - Additional Depositions
From: "Griffin, Holly" <HGriffin@gunster.com>
Date: 4/12/17 4:24 pm
To: "'louis@medgebowlaw.com'" <louis@medgebowlaw.com>, "Sonderling, Keith" <KSonderling@gunster.com>
Cc: "St. George, Cheryl" <cstgeorge@gunster.com>, "Benzion Matt" <mab@benzionlaw.com>, "Curley, G. Joseph" <GCurley@gunster.com>, "yborlaw@gmail.com" <yborlaw@gmail.com>, "Huff, Sara" <SHuff@gunster.com>, "katheffner@gmail.com" <katheffner@gmail.com>, "joel@medgebowlaw.com" <joel@medgebowlaw.com>

Louis,

Our records also indicate that Plaintiff has noticed a total of 9 depositions so far and is only entitled to 1 additional deposition under the rules. We object to your motion seeking to take an additional 10 depositions in excess of the limits in Rule 30.

Further, we must object to your request to depose Larry Glick who was a Senior Associate General Counsel for FAU. As you are no doubt aware, the federal courts impose a high burden on the request to depose a party's attorney. You have not, and cannot, meet these standards and if you persist in your attempts to depose Mr. Glick, we will be forced to seek a protective order from the Court.

Regards,

Holly



Holly Griffin | Attorney
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
P 561-650-0697  F 561-655-5677
gunster.com
Email me: HGriffin@gunster.com

**From:** louis@medgebowlaw.com [mailto:louis@medgebowlaw.com]
**Sent:** Wednesday, April 12, 2017 4:16 PM
**To:** Griffin, Holly; Sonderling, Keith
**Cc:** St. George, Cheryl; Benzion Matt; Curley, G. Joseph; yborlaw@gmail.com; Huff, Sara; katheffner@gmail.com; joel@medgebowlaw.com
**Subject:** RE: SERVICE OF COURT DOCUMENTS - 16-CV-80655 - Meet and Confer - Additional Depositions
**Importance:** High

Holly/Keith:

I think Zoeller and Moats were omitted from the calculation below. I count nine (9) noticed so far from the Plaintiff's side (Lenz, Eason, Robe, McGetchin, Zoeller, Moats, Coltman, Alperin and Kelly). So we can notice FAU General Counsel Glick for the first available date you provide (see dates proposed below) and then move for leave to take the additional depositions, assuming FAU's objection still stands.

We have conferred with counsel for the Union Defendants who have no objection to the additional depositions. The additional deponents are as follow:

- Mary Jane Saunders (Former President of Defendant University)
- Lisa Metcalf (Chief Press Officer of Defendant University)
- Jim Acton (Director, Human Resources of Defendant University)
- Scott Silversten (Assistant Vice President for Communications and Marketing of Defendant University)
- Marshall Ogletree (Executive Director of Defendant UFF)
- Jennifer Proffitt (President of Defendant UFF)
- Thomas Johnson, Esq. (FEA/UFF Union Appointed Lawyer for Plaintiff)

We also need to conduct 30(b)(6) depositions of the corporate representatives of Defendants UFF, FEA and FAU.

So that will be a total of ten additional (10) depositions requested by Plaintiff.

That being said, please let us know the basis for your clients' objection, if it still stands.

Louis Leo IV, Esq.

NOTICE: The information contained in this message and any document attached hereto is intended only for the named recipient(s) and may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, nor the employee or agent responsible for delivering this message in confidence to the intended recipient(s), you are hereby notified that you have received this transmittal in error, and any review, dissemination, distribution or copying of this transmittal or its attachments is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify me immediately and then delete this message, including any attachments. Thank you.

--------- Original Message ---------

Subject: RE: SERVICE OF COURT DOCUMENTS - 16-CV-80655 - Notices of Taking Video Depositions of UFF-FAU Executive Committee Members Lenz, Eason, Robé and McGetchin
From: joel@medgebowlaw.com
Date: 4/12/17 2:47 pm
To: "Griffin, Holly" <HGriffin@gunster.com>, "Sonderling, Keith" <KSonderling@gunster.com>
Cc: "St. George, Cheryl" <cstgeorge@gunster.com>, "Benzion Matt" <mab@benzionlaw.com>, "Curley, G. Joseph" <GCurley@gunster.com>, louis@medgebowlaw.com, yborlaw@gmail.com, "'Huff, Sara'" <SHuff@gunster.com>, katheffner@gmail.com

Holly,

Per the rule, Plaintiff has only noticed seven (7) depositions, so he is entitled to three (3) more before seeking leave.

As such, we will be noticing Glick, Acton and Silversten for their depositions.

We propose any date/time on 4/25-4/28, or 5/3, 5/5, 5/8, 5/10.

Please respond by close of business tomorrow providing dates and times for the above witnesses, and let us know if you'd like to have them conducted at your office as well.

Very Truly,


Joel Medgebow, ESQ.
MEDGEBOW LAW, P.A.

4171 W. Hillsboro Blvd. Ste 9

Coconut Creek, FL 33073
Telephone: 954-478-4223
Fax: 954-239-7771
Email: Joel@MedgebowLaw.com


NOTICE: The information contained in this email and any document attached hereto is intended only for the named recipient(s). If you are not the intended recipient, nor the employee or agent responsible for delivering this message in confidence to the intended recipient(s), you are hereby notified that you have received this transmittal in error, and any review, dissemination, distribution or copying of this transmittal or its attachments is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify me immediately by reply e-mail and then delete this message, including any attachments.



--------- Original Message ---------

Subject: RE: SERVICE OF COURT DOCUMENTS - 16-CV-80655 - Notices of Taking Video Depositions of UFF-FAU Executive Committee Members Lenz, Eason, Robé and McGetchin
From: louis@medgebowlaw.com
Date: 4/11/17 1:07 pm
To: "Griffin, Holly" <HGriffin@gunster.com>, "Sonderling, Keith" <KSonderling@gunster.com>
Cc: "St. George, Cheryl" <cstgeorge@gunster.com>, "joel@medgebowlaw.com" <joel@medgebowlaw.com>, "Benzion Matt" <mab@benzionlaw.com>, "Curley, G. Joseph" <GCurley@gunster.com>

Let's schedule Glick now.

The remainder we can schedule after the Court rules on our request for additional depositions.



**Louis Leo IV, Esq.**

NOTICE: The information contained in this message and any document

attached hereto is intended only for the named recipient(s) and may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, nor the employee or agent responsible for delivering this message in confidence to the intended recipient(s), you are hereby notified that you have received this transmittal in error, and any review, dissemination, distribution or copying of this transmittal or its attachments is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify me immediately and then delete this message, including any attachments. Thank you.

--------- Original Message ---------

Subject: RE: SERVICE OF COURT DOCUMENTS - 16-CV-80655 - Notices of Taking Video Depositions of UFF-FAU Executive Committee Members Lenz, Eason, Robé and McGetchin
From: "Griffin, Holly" <HGriffin@gunster.com>
Date: 4/9/17 12:44 pm
To: "'louis@medgebowlaw.com'" <louis@medgebowlaw.com>, "Sonderling, Keith" <KSonderling@gunster.com>
Cc: "St. George, Cheryl" <cstgeorge@gunster.com>, "joel@medgebowlaw.com" <joel@medgebowlaw.com>, "Benzion Matt" <mab@benzionlaw.com>, "Curley, G. Joseph" <GCurley@gunster.com>

Louis,

We object to your request for an additional 5 depositions, as you will exceed the limits under the federal rules. Please let us know which 1 witness you want to depose and we will coordinate a date for a mutually convenient time.

Regards,

Holly



Holly Griffin | Attorney
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
P 561-650-0697  F 561-655-5677
gunster.com
Email me: HGriffin@gunster.com

**From:** louis@medgebowlaw.com [mailto:louis@medgebowlaw.com]
**Sent:** Friday, April 07, 2017 8:59 PM
**To:** Griffin, Holly; Sonderling, Keith
**Cc:** St. George, Cheryl; joel@medgebowlaw.com; Benzion Matt
**Subject:** RE: SERVICE OF COURT DOCUMENTS - 16-CV-80655 - Notices of Taking Video Depositions of UFF-FAU Executive Committee Members Lenz, Eason, Robé and McGetchin
**Importance:** High

Holly/Keith:

We are still waiting on proposed dates for depositions of the FAU officials/witnesses listed below.

In the meantime , we offer the following dates/times:

**Tuesday 4/25 - Saunders @ 9 AM**
**Tuesday 4/25 - Silversten @ 11 AM**

**Tuesday 4/25 - Acton @ 1 PM**
**Wednesday 4/26 - Metcalf @ 9 AM**
**Wednesday 4/26 - Glick @ 11 AM**

If the above works, please let me know as soon as possible so we can schedule accordingly.

Thanks,

**Louis Leo IV, Esq.**

NOTICE: The information contained in this message and any document attached hereto is intended only for the named recipient(s) and may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, nor the employee or agent responsible for delivering this message in confidence to the intended

recipient(s), you are hereby notified that you have received this transmittal in error, and any review, dissemination, distribution or copying of this transmittal or its attachments is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify me immediately and then delete this message, including any attachments. Thank you.

--------- Original Message ---------

Subject: RE: SERVICE OF COURT DOCUMENTS - 16-CV-80655 - Notices of Taking Video Depositions of UFF-FAU Executive Committee Members Lenz, Eason, Robé and McGetchin
From: louis@medgebowlaw.com
Date: 3/31/17 10:50 am
To: "Sonderling, Keith" <KSonderling@gunster.com>

Just need dates for Saunders, Silversten, Acton, Metcalf and Glick.

We're good with the dates already confirmed for Coltman, Alperin and Kelly.

**Louis Leo IV, Esq.**

NOTICE: The information contained in this message and any document attached hereto is intended only for the named recipient(s) and may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, nor the employee or agent responsible for delivering this message in confidence to the intended recipient(s), you are hereby notified that you have received this transmittal in error, and any review, dissemination, distribution or copying of this transmittal or its attachments is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify me immediately and then delete this message, including any attachments.