UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JAMES TRACY,  Case No.: 9:16-cv-80655-RLR

    Plaintiff,

vs.

FLORIDA ATLANTIC UNIVERITY
BOARD OF TRUSTEES, a/k/a FLORIDA
ATLANTIC UNIVERSITY, et al.,

    Defendants.

### NOTICE OF TAKING VIDEO DEPOSITION
### PURSUANT TO Fed. R. Civ. P. 30

PLEASE TAKE NOTICE that the undersigned attorney will take the video deposition of:

**NAME:** Lawrence Glick

**DATE:** May 1, 2017

**TIME:** 10:00 A.M.

**PLACE:** Universal Court Reporting
301 Yamato Rd., Suite 1240
Boca Raton, FL 33431

upon oral examination before a Court Reporter, a Notary Public, or any other officer authorized by law to take depositions, and a person authorized to video tape. The oral examination will continue until completed as permitted by the rules of civil procedure and is being taken for the purpose of discovery, for use at trial and/or for such other purposes as are permitted under the rules of court. The depositions of the above-referenced Defendant are being taken pursuant to Federal Rule of Civil Procedure 30.

Respectfully submitted,

/s/ Louis Leo IV
**Louis Leo IV, Esq.**
Florida Bar No. 83837
louis@floridacivilrights.org

**EXHIBIT "B"**

Florida Civil Rights Coalition, P.L.L.C.
4171 W. Hillsboro Blvd. Suite 9
Coconut Creek, FL 33073
Telephone: 954-478-4223
Fax: 954-239-7771

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 14th day of April, 2017, on all counsel of record identified below by electronic mail for delivery to the below named recipient(s), on behalf of the deponent.

/s/ Louis Leo IV
**Louis Leo IV, Esq.**
Florida Bar No. 83837
louis@floridacivilrights.org
Florida Civil Rights Coalition, P.L.L.C.
4171 W. Hillsboro Blvd. Suite 9
Coconut Creek, FL 33073
Telephone: 954-478-4223
Fax: 954-239-7771

**SERVICE LIST**

Louis Leo IV, Esq. (louis@floridacivilrights.org)
Joel Medgebow, Esq. (Joel@medgebowlaw.com)
Matthew Benzion, Esq. (mab@benzionlaw.com)
Florida Civil Rights Coalition, P.L.L.C., Medgebow Law, P.A. & Benzion Law, P.A.
4171 W. Hillsboro Blvd. Suite 9
Coconut Creek, Florida 33073

*Counsel for Plaintiff*

Gerard J. Curely, Jr., Esq. (jcurley@gunster.com)
Keith E. Sonderling, Esq. (ksonderling@gunster.com)
Holly Griffin, Esq. (hgriffin@gunster.com)
Sara Huff, Esq. (shuff@gunster.com)
Gunster, Yoakley & Stewart, P.A.
777 South Flagler Dr. Suite 500 East
West Palm Beach, FL 33401

*Counsel for FAU Defendants*

Robert F. McKee, Esq. (yborlaw@gmail.com),
Melissa Mihok, Esq. (melissa@melissacmihokpa.com)
Robert F. McKee, P.A. & Melissa C. Mihok, P.A.
1718 E. Seventh Ave. Ste. 301
Tampa, FL 33605

*Counsel for Union Defendants*