UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  16-80655-CIV-ROSENBERG/HOPKINS

JAMES TRACY,

                Plaintiff,
vs.

FLORIDA ATLANTIC UNIVERSITY
BOARD OF TRUSTEES, et al.,

                Defendants.
_____/

## ORDER REQUIRING JOINT FILING REGARDING REMITTAL

Canon 3D of the Code of Conduct for U.S. Judges, Remittal of Disqualification, provides that in some circumstances when a judge would be disqualified the judge may participate in the proceeding if all the parties agree in writing to waive the disqualification. If a remittal waiver is not obtained from all parties, Magistrate Judge Hopkins may recuse himself from this case following the settlement conference.

The parties MUST confer to determine whether ALL parties agree to any such waiver before filing ANY response to this Order. If **all** parties wish to waive the judge's recusal, a remittal waiver to that effect, signed by all parties, must be filed. A sample of that remittal waiver is attached to this Order as Exhibit 1. However, if **any** party declines to waive recusal, the parties shall, file **only** a **joint notice** stating that the parties decline to execute a waiver. The notice **shall not identify which party declined to execute the waiver.** A sample of that notice

is attached to this Order as Exhibit 2. The parties shall file either the remittal waiver or notice of non-waiver **ON OR BEFORE JUNE 21, 2017.**

**ENTERED** in Chambers at West Palm Beach, Florida, this 14th day of June, 2017.

                                                              *James M. Hopkins*
                                                              _____
                                                              JAMES M. HOPKINS
                                                              United States Magistrate Judge

## EXHIBIT 1 – SAMPLE REMITTAL WAIVER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  16-80655-CIV-ROSENBERG/HOPKINS

JAMES TRACY,

        Plaintiff,

vs.

FLORIDA ATLANTIC UNIVERSITY
BOARD OF TRUSTEES, et al.,

        Defendants.
_____/

## REMITTAL WAIVER OF JUDICIAL RECUSAL

     I have consulted with all of the clients that I represent in the above-styled and numbered cause concerning the Court's Order informing the Parties that Judge Hopkins may recuse himself from this case following the settlement conference. My client(s) and I hereby WAIVE any such recusal.

/s/                                                                                       /s/

_____                    _____
Attorney of Record, on behalf of:                                       Attorney of Record, on behalf of:


[Client1]_____                              [Client1]_____


[Client1]_____                              [Client1]_____

                                                                                                                       (etc)

# **EXHIBIT 2 – SAMPLE NOTICE DECLINING WAIVER**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  16-80655-CIV-ROSENBERG/HOPKINS

JAMES TRACY,

      Plaintiff,

vs.

FLORIDA ATLANTIC UNIVERSITY
BOARD OF TRUSTEES, et al.,

      Defendants.
_____/

# **NOTICE OF NON-WAIVER OF JUDICIAL RECUSAL**

The parties DECLINE to waive any such recusal of Judge Hopkins from this case following the settlement conference.

/s/                                /s/

_____       _____
Attorney of Record, on behalf of:           Attorney of Record, on behalf of:

[Client1]_____       [Client1]_____

[Client1]_____       [Client1]_____

                                                                                 (etc)