# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JAMES TRACY, | ) |
| Plaintiff, | ) ) ) ) Case No. 9:16-cv-80655-RLR-JMH |
| v. | ) ) |
| FLORIDA ATLANTIC UNIVERSITY BOARD OF TRUSTEES, a/k/a FLORIDA ATLANTIC UNIVERSITY, et al. | ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF INTENT PRODUCE RECORDS

Plaintiff JAMES TRACY, by and through the undersigned, hereby gives Notice of his Intent to Produce Records, and states the following:

1. On August 18, 2017, the Court issued a Paperless Order providing the parties with three (3) methods for resolving an ongoing discovery dispute by noon today, August 22, 2017. DE #236.

2. Plaintiff advised Defendants that Plaintiff will produce the records that are in dispute.

3. Plaintiff and Defendants have conferred and believe that the production of the records in dispute will render this discovery dispute moot. Despite best efforts, the parties were unable to agree upon the form of a Stipulation by noon today, but anticipate being able to agree sometime shortly thereafter.

4. The Plaintiff files the herein Notice to advise the Court of an anticipated Stipulation of the parties.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of August, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record per the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Louis Leo IV
**Louis Leo IV, Esq.**
Florida Bar No. 83837
louis@floridacivilrights.org
Florida Civil Rights Coalition, P.L.L.C.
4171 W. Hillsboro Blvd. Suite 9
Coconut Creek, FL 33073
Telephone: 954-478-4223
Fax: 954-239-7771

## SERVICE LIST

Louis Leo IV, Esq. (louis@floridacivilrights.org)
Joel Medgebow, Esq. (Joel@medgebowlaw.com)
Matthew Benzion, Esq. (mab@benzionlaw.com)
Florida Civil Rights Coalition, P.L.L.C.,
Medgebow Law, P.A. & Matthew Benzion, P.A.
4171 W. Hillsboro Blvd. Suite 9
Coconut Creek, Florida 33073

*Counsel for Plaintiff*

Richard Ovelmen, Esq. (rovelmen@carltonfields.com)
Steven M. Blickensderfer, Esq. (sblickensderfer@carltonfields.com)
Carlton Fields Jorden Burt, P.A.
100 SE Second Street, Suite 4200
Miami, Florida 33131

*Co-Counsel for Plaintiff*

Gerard J. Curely, Jr., Esq. (jcurley@gunster.com)
Keith E. Sonderling, Esq. (ksonderling@gunster.com)
Holly Griffin, Esq. (hgriffin@gunster.com)
Sara N. Huff, Esq. (shuff@gunster.com)
Gunster, Yoakley & Stewart, P.A.
777 South Flagler Dr. Suite 500 East

West Palm Beach, FL 33401

*Counsel for FAU Defendants*