UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:16-CIV-80655-ROSENBERG/HOPKINS

JAMES TRACY,

       Plaintiff,

vs.


FLORIDA ATLANTIC UNIVERSITY
BOARD OF TRUSTEES, et al.,

       Defendants.

_____/

## PLAINTIFF'S RESPONSE TO DEFENDANT FAU'S MOTION FOR CLARIFICATION

COMES NOW Plaintiff JAMES TRACY, by and through the undersigned, responds to Defendant University's Motion for Clarification, and states as follows:

1. Pursuant to this Court's Order [DE 236] and Plaintiff's previous Notice [DE 252], Plaintiff has produced to the Defendant University the case file of Plaintiff's former counsel, Thomas Johnson, Esq. (hereinafter "Mr. Johnson"), including emails exchanged between Plaintiff and his former attorney.

2. Plaintiff could not reach an agreement with the Defendant University concerning a stipulation, as Defendant is seeking far more than just the privileged file and communications originally sought from Plaintiff.

3. It should be noted that Thomas Johnson, Esq. was disclosed as a witness by the Union Defendants in the above-referenced action on June 7, 2017 [*see* DE 135], and Mr. Johnson's

representation of Plaintiff was known to the Defendant University since December of 2015, according to email communication between Defendant's general counsel and Mr. Johnson.

Dated: August 24, 2017

Respectfully submitted,

/s/ Louis Leo IV
**Louis Leo IV, Esq.**
FL Bar No. 83837
louis@floridacivilrights.org
**FLORIDA CIVIL RIGHTS COALITION, P.L.L.C.**
4171 W. Hillsboro Blvd. Suite 9
Coconut Creek, FL 33073
Telephone: (954) 478-4223
Fax: (954) 239-7771

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Louis Leo IV
**Louis Leo IV, Esq.**

**SERVICE LIST**

Louis Leo IV, Esq. (louis@floridacivilrights.org)
Joel Medgebow, Esq. (Joel@medgebowlaw.com)
Matthew Benzion, Esq. (mab@benzionlaw.com)
Florida Civil Rights Coalition, P.L.L.C.,
Medgebow Law, P.A. & Matthew Benzion, P.A.
4171 W. Hillsboro Blvd. Suite 9
Coconut Creek, Florida 33073

*Counsel for Plaintiff*

Richard Ovelmen, Esq. (rovelmen@carltonfields.com)
Steven M. Blickensderfer, Esq. (sblickensderfer@carltonfields.com)
Carlton Fields Jorden Burt, P.A.
100 SE Second Street, Suite 4200
Miami, Florida 33131

*Co-Counsel for Plaintiff*

Gerard J. Curely, Jr., Esq. (jcurley@gunster.com)
Keith E. Sonderling, Esq. (ksonderling@gunster.com)
Holly Griffin, Esq. (hgriffin@gunster.com)
Sara N. Huff, Esq. (shuff@gunster.com)
Gunster, Yoakley & Stewart, P.A.
777 South Flagler Dr. Suite 500 East
West Palm Beach, FL 33401

*Counsel for FAU Defendants*