UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JAMES TRACY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 9:16-cv-80655-RLR-JMH |
| v. | ) |
| | ) |
| FLORIDA ATLANTIC UNIVERSITY BOARD OF TRUSTEES, a/k/a FLORIDA ATLANTIC UNIVERSITY, et al. | ) ) ) |
| | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION TO SEAL EXHIBITS**

Plaintiff JAMES TRACY, by and through the undersigned, pursuant to Local Rule 5.4 and the Court's Order dated March 17, 2017, hereby moves to seal three (3) exhibits to Plaintiff's Statement of Material Facts [DE 248], which are located at Docket Entry 250, and in support states as follows:

1. Three exhibits to Plaintiff's Statement of Facts, Exhibits "AG" [DE 250-38], "I" [DE 250-13], and "M" [DE 250-17] contain information which is subject to a confidentiality Order entered by the Court on March 17, 2017.

2. Upon discovery of the filing, Defendants' counsel brought the inadvertent disclosure to the undersigned's attention and requested Plaintiff bring the instant motion.

3. No party will be prejudiced by the relief sought.

WHEREFORE, Plaintiff, by and through the undersigned, respectfully requests the Court enter an Order directing the Clerk to seal exhibits Exhibits "AG" [DE 250-38], "I" [DE 250-13], and "M" [DE 250-17] until such time as the case is fully and finally adjudicated.

**CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 7.1(a)(1)(3), the undersigned certifies that counsel for Plaintiff has conferred with FAU Defendants' counsel and the FAU Defendants do not oppose the relief sought, and has requested that Plaintiff indicate that Defendants' counsel reserves all rights and remedies for the inadvertent disclosures.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of August, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record per the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Louis Leo IV
**Louis Leo IV, Esq.**
Florida Bar No. 83837
louis@floridacivilrights.org
Florida Civil Rights Coalition, P.L.L.C.
4171 W. Hillsboro Blvd. Suite 9
Coconut Creek, FL 33073
Telephone: 954-478-4223
Fax: 954-239-7771

**SERVICE LIST**

Louis Leo IV, Esq. (louis@floridacivilrights.org)
Joel Medgebow, Esq. (Joel@medgebowlaw.com)
Matthew Benzion, Esq. (mab@benzionlaw.com)
Florida Civil Rights Coalition, P.L.L.C.,
Medgebow Law, P.A. & Matthew Benzion, P.A.
4171 W. Hillsboro Blvd. Suite 9
Coconut Creek, Florida 33073

*Counsel for Plaintiff*

Richard Ovelmen, Esq. (rovelmen@carltonfields.com)
Steven M. Blickensderfer, Esq. (sblickensderfer@carltonfields.com)
Carlton Fields Jorden Burt, P.A.
100 SE Second Street, Suite 4200
Miami, Florida 33131

*Co-Counsel for Plaintiff*

Gerard J. Curely, Jr., Esq. (jcurley@gunster.com)
Keith E. Sonderling, Esq. (ksonderling@gunster.com)
Holly Griffin, Esq. (hgriffin@gunster.com)
Sara N. Huff, Esq. (shuff@gunster.com)
Gunster, Yoakley & Stewart, P.A.
777 South Flagler Dr. Suite 500 East
West Palm Beach, FL 33401

*Counsel for FAU Defendants*