UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 16-CV-80655-ROSENBERG/HOPKINS

JAMES TRACY,

    Plaintiff,

v.

FLORIDA ATLANTIC UNIVERSITY
BOARD OF TRUSTEES a/k/a FLORIDA
ATLANTIC UNIVERSITY; et al.,

    Defendants.
_____/

**PLAINITFF'S' FOURTH AMENDED EXHIBIT[1] LIST[2]**

| PRESIDING JUDGE<br><br>The Honorable Robin L. Rosenberg | PLAINTIFF'S COUNSEL<br>Louis Leo IV, Joel Medgebow, Matthew Benzion, Richard Ovelmen and Steven Blickensderfer | DEFENDANTS' COUNSEL<br>G. Joseph Curley, Holly L. Griffin, and Roger W. Feicht |
|---|---|---|
| TRIAL DATE(S)<br>November 27, 2017 | COURT REPORTER<br>Pauline Stipes | COURTROOM DEPUTY<br>Melanie Guerrero |

| Pltf. NO. | EXPECT TO/MAY OFFER | DFT OBJ[2] | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|---|
| 001 | Expect to offer | | | | | Coltman 1.28.13 Memo to Tracy, Ex. F to SOF |
| 002 | Expect to offer | O | | | | Coltman Jan 2013 meeting minutes, Ex. G to SOF |
| 003 | Expect to offer | | | | | FAU Equipment Use Form, Ex. N to SOF |
| 004 | Expect to offer | O | | | | Doug Broadfield Declaration, Ex. O to SOF |
| 005 | Expect to offer | O, MIL | | | | FAU Similarly Situated Faculty Members' Blogging Activity, Ex. P to SOF / PC-16 |

---

[1] Plaintiff reserves all objections to the exhibits listed on FAU Defendants' Second Amended Exhibit List
[2] Objection Codes:
A – Authenticity
C – Contains inadmissible matter
R – Relevance
H – Hearsay
UP – Unduly prejudicial – probative value outweighed by undue prejudice
P – Privileged
MIL – Motion in Limine
PK – Lacks Personal Knowledge
I – Incomplete
O – All objections

2

| Pltf. NO. | EXPECT TO/MAY OFFER | DFT OBJ[2] | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|---|
| 006 | Expect to offer | C, H | | | | Tracy 2.2.13 Response to Cotlman Memo, Ex. T to SOF / PC-29 |
| 007 | Expect to offer | | | | | 2013 FAU/TRACY Settlement Agreement, Ex. U to SOF |
| 008 | Expect to offer | | | | | 3.28.13 Notice of Discipline to Tracy, Ex. V to SOF / PC-33 |
| 009 | Expect to offer | O | | | | Newspaper Article: "Why James Tracy…should resign", Ex. W to SOF / PA-31 |
| 010 | Expect to offer | O | | | | AAUP and FIRE April 2013 Letters to FAU, Ex. X to SOF / PC-40 |
| 011 | Expect to offer | O | | | | 2.23.16 Email from Glanzer to Ramadan re Tracy Personnel File Request, Ex. Z to SOF / FAU:6385-6386, 6391, 6379, JT-FAUPERSFILE:570-576, 670-671, 680-681, 683, 686 |
| 012 | Expect to offer | I | | | | Article 19 (Conflict of Interest/Outside Activity) of 2012-2015 Collective Bargaining Agreement, Ex. AA to SOF / PC-48 |
| 013 | Expect to offer | | | | | "Report of Outside Employment Guidelines", Ex. AB to SOF / PC-5 |
| 014 | Expect to offer | R | | | | FAU ROEPA "Additional Explanation", Ex. AC to SOF / FAU:507-510 |
| 015 | Expect to offer | | | | | 2015 FAU ROEPA Form, Ex. AD to SOF / PA-2 / FAU: 365 |
| 016 | Expect to offer | R | | | | FAU ROEPA Agreement, Ex. AE to SOF / PA-21 / FAU:233 |
| 017 | Expect to offer | O | | | | FAU "Employee Ethical Obligations and Conflict of Interest" regulation, Ex. AF to SOF / DA:1 |
| 018 | Expect to offer | H, I | | | | 10.201.15 Williams Email to FAU Faculty re outside employment forms, Ex. AH to SOF / PC-14 / FAU:867 |
| 019 | Expect to offer | O | | | | Broken Link landing page, Ex. AI to SOF / PC-13 |
| 020 | Expect to offer | O | | | | 1.5.16 L. Johnson Email to Wilson-McCoy re broken link, Ex. AJ to SOF / FAU:930-931 |
| 021 | Expect to offer | O | | | | FAU Edits to FAU ROEPA Policy, Ex. AK to SOF / FAU:612-615, 620-625 |
| 022 | Expect to offer | O | | | | 3.14.16 Ross Email to Alperin re Outside Activity Documents, Ex. AL to SOF / FAU:660-662 |
| 023 | Expect to offer | O | | | | June 2016 Perry Memo re Outside Employment/Professional Activity reporting requirements, Ex. AM to SOF / FAU:568-571 |

| Pltf. NO. | EXPECT TO/MAY OFFER | DFT OBJ[2] | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|---|
| 024 | Expect to offer | O | | | | 1.20.16 Coltman Email to Alperin re F.A.I.R. and faculty confusion, Ex. AN to SOF / FAU:2296-2299 |
| 025 | Expect to offer | | | | | 2013-07-18 Memorandum from H. Coltman to College of Arts and Letters Faculty re Overload Course Assignments, FAU-001118 |
| 026 | Expect to offer | O | | | | 2.15.16 Alperin Email to Ilyas re reportable activities, Ex. AO to SOF / FAU:306-308 |
| 027 | Expect to offer | O | | | | Excerpt of 9.4.15 UFF/FAU Faculty Senate Meeting, Ex. AP to SOF |
| 028 | Expect to offer | O | | | | 10.4.13 UFF/FAU Faculty Senate Meeting Minutes, Ex. AQ to SOF / FAU:340-345 |
| 029 | Expect to offer | H, R, C | | | | Tracy Faculty Reports/Evaluations, Ex. AR to SOF / PC-32 |
| 030 | Expect to offer | | | | | 12.15.15 Tracy Email to Coltman re paternity leave and response to Coltman letter, Ex. AS to SOF / FAU: 5037-5038 |
| 031 | Expect to offer | I | | | | 10.28.15 Tracy Williams Emails w/ Tracy re Tracy request for Policy clarification, Ex. AT to SOF / FAU:160-162 |
| 032 | Expect to offer | P, H | | | | 10.28.15 FAU Admin Emails re Clarification of Policy, Ex. AU to SOF / FAU:154-155, 372 |
| 033 | Expect to offer | | | | | 11.2.15 Williams Email to Tracy re Policy clarification, Ex. AV to SOF / FAU:391-392 |
| 034 | Expect to offer | | | | | 12.11.15 Coltman Email to Tracy re Tracy 11.22.15 Letter, Ex. AX to SOF / FAU:911 |
| 035 | Expect to offer | | | | | 11.10.15 Notice of Discipline to Tracy, Ex. AY to SOF / Ex. R to Sec. Am. Compl. |
| 036 | Expect to offer | O | | | | Tracy 11.22.15 Letter to Coltman, Ex. AZ to SOF / FAU:449-495 |
| 037 | Expect to offer | O | | | | FAU Admin Emails re monitoring of Tracy activity and press, Ex. BA to SOF / FAU:1801, 1885-1886, 1895-1896, 1902-1904, 1934-1943, 1993-1996, 2070-2072, 2103-2104, 2113-2114, 2150-2156, 2179, 2369-2371, 2445-2446, 2722, 2734-2736 |
| 038 | Expect to offer | O | | | | FAU Admin Emails to friends and family re Tracy Termination, Ex. BB to SOF / FAU:1801-1826, 1829-1830, 1835-1836, 1839-1840, 1842-1843, 1845-1847, 1849-1865, 1885, 1963-1965, 1969-1971, 2586-2587, 2673-2676, 2860, 2873-2874, 2892-2893, 4155-4157, 4322, 4871, 5631-5633 |
| 039 | Expect to offer | I, R | | | | 12.10.15 Coltman Email to Alperin re Tracy termination draft letter, Ex. BC to SOF / FAU:2622-2624 |

| Pltf. NO. | EXPECT TO/MAY OFFER | DFT OBJ[2] | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|---|
| 040 | Expect to offer | O | | | | 12.11.15 Kelly Email to Volnick re "deal[ing] with [Tracy] personally", Ex. BD to SOF / PK-18 / PRR:183-184 / FAU:1984-1985 |
| 041 | Expect to offer | O | | | | 12.11.15 Volnick Email to Kelly re Tracy support letter, Ex. BE to SOF / PK-21 / PRR:178-182 |
| 042 | Expect to offer | P | | | | 12.15.15 Coltman Email to Glick re Tracy submission of ROEPA Forms, Ex. BF to SOF / FAU:2185-2186 / PC-38 |
| 043 | Expect to offer | | | | | 12.16.15 Notice of Discipline/Termination to Tracy, Ex. BG to SOF / DA:148-150 |
| 044 | Expect to offer | O | | | | 12.18.15 Coltman Email to Morton re Morton Statement to News, Ex. BH to SOF / FAU:2659-2660 |
| 045 | Expect to offer | O | | | | 12.18.15 Coltman Email to Fulks re Complete Statement as to why Tracy was terminated, Ex. BI / FAU:6243 |
| 046 | Expect to offer | | | | | 1.5.16 Termination Letter, Ex. BJ to SOF / DA:151-153 |
| 047 | Expect to offer | O | | | | Tracy Blog Excerpts re Sandy Hook, Ex. BK to SOF |
| 048 | Expect to offer | O | | | | 1.8.16 Alperin Email to friends re Tracy Termination, Ex. BL to SOF / FAU: 2315-2318 |
| 049 | Expect to offer | O | | | | 1.8.16 Coltman Email to Hixson re Tracy Termination, Ex. BM to SOF / FAU: 2860 |
| 050 | Expect to offer | O | | | | 1.7.16 Coltman Email to Prusher re Tracy, Ex. BN to SOF / FAU: 2892-2893 |
| 051 | Expect to offer | O | | | | 1.8.16 Coltman Emails w/ Perry re Tracy, Ex. BO to SOF / FAU: 2311-2314 |
| 052 | Expect to offer | O | | | | 1.6.16 Emails between Kelly and wife re Tracy termination and Tracy monitoring, Ex. BP to SOF / FAU: 1963-1965, 1969-1971 |
| 053 | Expect to offer | O | | | | 7.6.16 Notice of Discipline to Kajiura, Ex. BQ to SOF / FAU: 1634-1640 |
| 054 | Expect to offer | O | | | | 4.10.17 Kajiura Arbitration Opinion, Ex. BR to SOF / 1647-1680 |
| 055 | Expect to offer | I | | | | Article 5 (Conflict of Interest/Outside Activity) of 2012- 2015 Collective Bargaining Agreement, Ex. BS to SOF / DA: 37-38 |
| 056 | Expect to offer | O | | | | Tracy Blog Excerpt re Sandy Hook, Ex. BU to SOF |
| 057 | Expect to offer | O | | | | 2013 Article seeks Tracy Termination, Ex. BV to SOF |
| 058 | Expect to offer | I, R | | | | 1.26.13 Tracy Email to Alperin re work place harassment, Ex. BW to SOF / Tracy-Alperin:1-3 |

| Pltf. NO. | EXPECT TO/MAY OFFER | DFT OBJ[2] | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|---|
| 059 | Expect to offer | O | | | | 9.28.15 Coltman Email to Alperin and Glick re Bittman Complaint of Tracy, Ex. BX to SOF / PF-13 / PRR:907 |
| 060 | Expect to offer | I | | | | FAU Policy "Check-Box" Affirmation, Ex. BY to SOF / PF-8 / FAU:363 |
| 061 | Expect to offer | O | | | | 12.10.15 Pozner op-ed Article re Tracy, Ex. BZ to SOF |
| 062 | Expect to offer | O | | | | Tracy Blog Excerpt re Sandy Hook and Pozner, Ex. CA to SOF |
| 063 | Expect to offer | R, I, H | | | | FAU Media value updates re Tracy publicity, Ex. CB to SOF / PK-20 / PRR:2054-2062 |
| 064 | Expect to offer | R | | | | 2016 FAU ROEPA Form, Ex. CD to SOF / PF-3 / FAU:511-512 |
| 065 | Expect to offer | R | | | | 4.13.13 Moats Email to Tracy re advice, Ex. CE to SOF |
| 066 | Expect to offer | O | | | | CNN Broadcast screenshot re FAU and Tracy, Ex. CF to SOF |
| 067 | Expect to offer | O | | | | Audio recording of 9.4.15 Faculty Senate Meeting at FAU |
| 068 | Expect to offer | O | | | | 12.16.15 Kian Email re Tracy, Ex. CH to Resp. to SOF [DE 272-1] |
| 069 | Expect to offer | | | | | FAU Disciplinary Overview, Ex. CI to Resp. to SOF [DE 272-2] |
| 070 | Expect to offer | I, R | | | | 10.20.15 Tracy Email re ROEPA, Ex. CJ to Resp. to SOF [DE 272-3] |
| 071 | May offer | I | | | | 11.20.15 Zoeller Email re Notice of Discipline, Ex. CK to Resp. to SOF [DE 272-4] |
| 072 | May offer | | | | | 11.10.15 Zoeller Email re Annual Assignment, Ex. CL to Resp. to SOF [DE 272-5] |
| 073 | May offer | | | | | 12.17.15 Moats Email re legal services, Ex. CM to Resp. to SOF [DE 272-6] |
| 074 | May offer | | | | | 12.18.17 Moats Email re legal services, Ex. CN to Resp. to SOF [DE 272-7] |
| 075 | May offer | | | | | 1.15.16 Tracy Email re Representation, Ex. CO to Resp. to SOF [DE 272-8] |
| 076 | Expect to offer | R | | | | 12.16.15 Kelly Email re Tracy Statement, Ex. CQ to Resp. to SOF [DE 272-10] |
| 077 | Expect to offer | | | | | 11.24.15 Tracy Email re Notice of Discipline, Ex. CR to Resp. to SOF [DE 272-11] |
| 078 | May offer | | | | | 12.1.15 Zoeller Email re Grievance, Ex. CS to Resp. to SOF [DE 272-12] |

| Pltf. NO. | EXPECT TO/MAY OFFER | DFT OBJ[2] | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|---|
| 079 | May offer | O | | | | 12.16.15 Moats Email re Notice of Discipline, Ex. CT to Resp. to SOF [DE 272-13] |
| 080 | Expect to offer | | | | | 12.17.15 Tracy Email re Notice of Discipline, Ex. CU to Resp. to SOF [DE 272-14] |
| 081 | Expect to offer | O | | | | 12.15.15 Calzadilla Email re Tracy, Ex. CV to Resp. to SOF [DE 272-15] |
| 082 | Expect to offer | R | | | | 11.24.15 Email re Status of Tenure, Ex. CW to Resp. to SOF [DE 272-16] |
| 083 | Expect to offer | O | | | | 1.6.16 Kelly Email re Tracy, Ex. CX to Resp. to SOF [DE 272-17] |
| 084 | Expect to offer | O | | | | 8.28.17 Tracy Declaration, Ex. CY to Resp. to SOF [DE 272-18] |
| 085 | Expect to offer | O | | | | 1.6.17 Coltman Email, [DE 287-2] |
| 086 | Expect to offer | | | | | FAU ROEPA Form, [DE 286-1] |
| 087 | Expect to offer | | | | | 2012-2015 UFF-FAU Collective Bargaining Agreement |
| 088 | May offer | O | | | | 9.5.17 Declaration of Plaintiff James Tracy [DE 288-1] |
| 089 | Expect to offer | | | | | Bast documents, including CV, report(s), and any facts or data considered in forming his expert opinions. |
| 090 | Expect to offer | | | | | Anderson documents, including CV, report(s), and any facts or data considered in forming his expert opinions. |
| 091 | May offer | O | | | | Any correspondences from the Defendants, public or third parties re Tracy. |
| 092 | May offer | O | | | | All documents produced in response to subpoenas. |
| 093 | May offer | O | | | | Any supplemental documents produced by Defendants. |
| 094 | May offer | O | | | | Any pleadings or filings. |
| 095 | Expect to offer | O | | | | All answers to Plaintiff's interrogatories. |
| 096 | Expect to offer | O | | | | All answers to Plaintiff's requests for admissions. |
| 097 | Expect to offer | O | | | | All answers to Plaintiff's requests for production. |
| 098 | May offer | O | | | | All exhibits listed on Defendants' Exhibit List(s). |
| 099 | May offer | O | | | | All documents produced during discovery, including all supplemental documents produced by Defendants. |
| 100 | Expect to offer | O | | | | All deposition and hearing transcripts & exhibits thereto. |

6

| Pltf. NO. | EXPECT TO/MAY OFFER | DFT OBJ[2] | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|---|
| 101 | May offer | O | | | | All impeachment documents/exhibits. |
| 102 | May offer | O | | | | All rebuttal documents/exhibits. |
| 103 | | O | | | | All demonstrative exhibits and aids. |
| 104 | Expect to offer | O | | | | All Experts' reports and any exhibits thereto. |
| 105 | May offer | O | | | | All exhibits to Plaintiff's Second Amended Complaint. |
| 106 | Expect to offer | O | | | | Audio recording of 9.4.15 Faculty Senate Meeting at FAU. |
| 107 | Expect to offer | O | | | | All documents that relate to Plaintiff's employment at FAU, including but not limited to Plaintiff's personnel records, communications concerning Plaintiff's employment, etc. |
| 108 | May offer | O | | | | All documents identified on the parties' initial disclosures, and any amendments thereto, subject to pre-trial motions or rulings by the Court which may limited or exclude the use of exhibits or evidence during trial. |
| 109 | Expect to offer | O | | | | Any business records certification necessary to authenticate documents/exhibits. |
| 110 | Expect to offer | O | | | | Plaintiff reserves the right to add any other exhibit(s) as they are discovered and/or found to be deemed necessary in this matter. Counsel for Plaintiff will furnish an identification of any additional exhibits to the Court and opposing counsel. |

Respectfully submitted,

FOR PLAINTIFF:
/s/ *Louis Leo IV*
Email: louis@floridacivilrights.org
Florida Bar No. 83837
Florida Civil Rights Coalition, P.L.L.C.
4171 W. Hillsboro Blvd. Suite 9
Coconut Creek, FL 33073
Telephone: 954-478-4223
louis@floridacivilrights.org

9

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Louis Leo IV*
Email: louis@floridacivilrights.org
Florida Bar No. 83837
Florida Civil Rights Coalition
4171 W. Hillsboro Blvd. Suite 9
Coconut Creek, FL 33073
Telephone: 954-478-4223

## SERVICE LIST

Louis Leo IV, Esq. (louis@floridacivilrights.org)
Joel Medgebow, Esq. (Joel@medgebowlaw.com)
Matthew Benzion, Esq. (mab@benzionlaw.com)
Florida Civil Rights Coalition, P.L.L.C.,
Medgebow Law, P.A. & Matthew Benzion, P.A.
4171 W. Hillsboro Blvd. Suite 9
Coconut Creek, Florida 33073

*Counsel for Plaintiff*

Richard Ovelmen, Esq. (rovelmen@carltonfields.com)
Steven M. Blickensderfer, Esq. (sblickensderfer@carltonfields.com)
Carlton Fields Jorden Burt, P.A.
100 SE Second Street, Suite 4200
Miami, Florida 33131

*Co-Counsel for Plaintiff*

Gerard J. Curely, Jr., Esq. (jcurley@gunster.com)
Roger Feicht, Esq. (RFeicht@gunster.com)
Holly Griffin, Esq. (hgriffin@gunster.com)
Sara N. Huff, Esq. (shuff@gunster.com)
Gunster, Yoakley & Stewart, P.A.
777 South Flagler Dr. Suite 500 East
West Palm Beach, FL 33401

*Counsel for Defendants*